Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>STEVEN DANN dba SANGER DONUT, RICHARD BUBENIK, BJ&IM TRUST,<br><br>        Defendants. | No.  1:10-CV-00260-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Plaintiff Theresa Wallen, through her attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants STEVEN DANN dba SANGER DONUT and RICHARD BUBENIK and BJ&IM TRUST, through their respective attorneys, LAW OFFICE OF MARK JOHNSON, Sanger, California, and LIEBERT CASSIDY WHITMORE, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

*Moore v. Dann, et al.*

Stipulation and Order of Dismissal

Page 1

| | |
|---|---|
| Date: April 20, 2010 | MOORE LAW FIRM, P.C. |
| | /s/Tanya Levinson Moore |
| | Tanya E. Levinson Moore |
| | Attorney for Plaintiff |
| Date: April 20, 2010 | LAW OFFICE OF MARK JOHNSON |
| | /s/Mark Johnson |
| | Mark Johnson, Esq. |
| | Attorney for Defendant |
| | Steven Dann |
| Date: April 20, 2010 | LIEBERT CASSIDY WHITMORE |
| | /s/Shelline K. Bennett |
| | Shelline K. Bennett |
| | Attorney for Defendants |
| | RICHARD BUBENIK and BJ&IM TRUST |

## ORDER

THE PARTIES HAVING SO STIPULATED, through their designated counsel, IT IS HEREBY ORDERED THAT the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, 41(a)(1) in its entirety.

IT IS SO ORDERED.

Dated:   **April 23, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

*Moore v. Dann, et al.*

Stipulation and Order of Dismissal

Page 2